IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | 7:10CV5008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEGAL AID OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration (filing no. 12) and Request (filing no. 14), which is a supplement to the Motion for Reconsideration. In his Motion and Request, Plaintiff seeks reconsideration of the court's November 22, 2010, Memorandum and Order which informed Plaintiff that the court could not give him legal advice. (Filing No. 11.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its November 22, 2010, Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (filing no. 12) and Request (filing no. 14) are denied.

DATED this 2nd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge