FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 MAY 23 PM 12: 23

OFFICE OF THE CLERK

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 11-1458

| | |
|---|---|
| Marlin E. Jones,<br><br>    Appellant,<br><br>v.<br><br>Legal Aid of Nebraska; David M. Pantos, Executive Director of Legal Aid of Nebraska; Jennifer Gaughan, Director of Litigation for Legal Aid of Nebraska,<br><br>    Appellees. | 7:10 CV 5008<br>Appeal from the United States District Court for the District of Nebraska.<br><br>[UNPUBLISHED] |

Submitted: May 4, 2011
Filed: May 13, 2011

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

    Marlin E. Jones appeals the district's court's[1] order denying post-judgment motions in his lawsuit alleging violations of federal and state law. We find no basis

---

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

for overturning the order. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Jones's pending motions for counsel and for copies of district court documents.

_____